UNITED STATES DISTRICT COURT

Western District of Texas

Waco Division

FILED
DEC 2 0 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

James Glynn
Nonrepresenative capacity

      *Petitioner*

      v.

KEETON;
US CONSULAR REPORT OF BIRTH ABROAD;
STATE ISSUED BIRTH CERTIFICATES;
SOCIAL SECURITY CARDS;
OTHER DOCUMENTS

CASE NO. W19CA720

## MOTION FOR DECLARATORY JUDGEMENT AND OTHER RELIEF

### INTRODUCTION

This Action IN REM is brought by, James Glynn, 4300 W. Waco Dr., STE B2 #173, Waco Texas 76710, in good faith for me, my wife, our heirs and our legacy, for the purpose of;

1.   Ascertaining the truth;

2.   Determining the validity of inter-dependent vital records and other legal instruments;

3.   Determining status, condition, rights, duties, powers, and obligations;

4.   Correcting mistakes;

25  5.    Returning property;

26  6.    Other equitable relief.

27

28  This motion arises from the discovery of lies and deception present at the inception of Foreign,
29  Federal and State inter-dependent vital records hereafter referred to as birth certificates; upon
30  which, nationality, citizenship and other relations are founded.

31  Due to conflicting statements made by State and Federal agencies, false and misleading
32  information contained on vital records, vagueness of law, perversion of language, and my
33  inability to reconcile legal fiction to the truth, I am unsure of the validity of the certificates and
34  our rights duties and obligations as holders of the documents.

35  In the interest of court economics, the safety of our family, the sensitive nature of specific
36  details, the multitude of complex controversies and magnitude of the far reaching implications;
37  an informal, confidential and oral presentation of facts and evidence justifying relief is required
38  and requested.

39  For the sake of simplicity, only one controversy has been included in this brief.

40

41  **JURISDICTION**

42  This Court has personal, subject matter and supplemental Jurisdiction pursuant to;

43   Declaratory Judgment Act,

44  Title 28 U.S.C. § 2201 and 2202.

45  Tex. Civ. Prac. and Rem. Code § 37.003(a)

46   Tex. Civ. Prac. and Rem. Code § 37.004.

47   The estate has been surrendered and it is requested that it be deposited to the custody of the
48   Court for safekeeping.

49   The amount at stake is priceless.

50

51

52                                           **CONTROVERSY**

53   The Texas Department of Vital Statistics claims and we were led to believe;

54   1. "The birth certificate is an individual's basic claim and proof of citizenship, identification and
55   relationship to his or her parents."

56   2. "In addition to being the primary document of identification for an individual, a birth
57   certificate provides information used in a variety of medical and health related research efforts".

58                                                  *

59   The Texas Department of Health and Human Services claims;

60   1. "A birth certificate provides legal identity and is required for Social Security, Medicaid,
61   school enrollment, driver's license, and more."

62   2. "In addition, it serves as proof of relationship to parents, which is required for child support
63   services, inheritance, and eligibility for benefits."

64                                                  *

65 Contrary to the above claims made by the Texas Department of Health and Human Services and
66 the Texas Department of Vital Statistics; the United States Department of Health and Human
67 Services Office of Inspector General claims;

68 1. "Because they were never designed to provide sole proof of identity and because a birth
69 certificate cannot be positively linked with an individual, their use for that purpose is
70 questionable."

71 2. "It is inherently illogical to require someone to prove their identity using potentially fraudulent
72 identity documents",

73 3. "Birth certificates alone do not provide conclusive or reliable proof of identity"

74 4."Passport Services does not consider birth certificates evidence of identity."

75 5. "It would be impractical to redesign birth certificates to make them reliable identification
76 documents in and of themselves."

77 _____

78 Obviously there is confusion between Federal and State agencies and misinformation is being
79 disseminated. Considering the extremely serious nature of the certificates, the controversy not
80 only raises an arsenal of red flags, it opens a Pandora's Box of conundrums and creates an
81 uncertain and dangerous environment.

82 Is the birth certificate proof of identification or not? Is proof of relationship to parents or not? Is
83 it proof of citizenship or not?

84  It is illogical to reason, how a potentially fraudulent document, clearly marked not evidence of
85  identity, containing false and misleading information, created by unknown persons under
86  questionable circumstances, and, that cannot be positively linked with an individual; can
87  somehow simultaneously be a primary document of identification, proof of identification, proof
88  of citizenship and proof of relationship to parents. It must be magic.

89

## SUMMARY

91  Establishing the truth in the above controversy may terminate some issues and provide a square
92  from which to move forward, but it does not correct all the mistakes nor terminate all the
93  complex issues that must be resolved.

94  What is at the heart of this matter is the fact that under a cloak of plausible deniability,
95  misinformation, miseducation and a perversion of language, we have been deceived, ab initio,
96  about the birth certificates, what they represent, the circumstances and presumptions under which
97  they were created, and our relationship to them. As a result, our lives have been built on a lie,
98  and irreparable harm has been done.

99  We are being deprived of life, freedom, and property, exposed to serious liabilities, subjected to
100 a condition of poverty and economic slavery as well as the arbitrary will, Acts and opinions of
101 others.

102 We are being compelled to;

103   1. Violate matters of faith and conscience;
104   2. Act with uncertainty;

105     3. Make false statements and facilitate fiction;

106     4. Attest to the truthfulness and accuracy of questionable documents;

107     5. Obtain and hold, at our peril, photo identification, licenses, Social Security cards and
108         other instruments that are based on a foundation of deceptive instruments, containing
109         false information, created by unknown persons, under questionable circumstances;

110     6. Contract with unknown "persons" and "individuals" without full disclosure and;

111     7. Perform impossibilities.

## REQUEST FOR RELIEF

Relief requested;

1. A determination of the validity of the instruments;

2. A neutral receiver appointed and an advocate appointed to assist us with the reckoning.

3. Declaration of our status, rights, duties, obligations if any;

4. Declaration determining ;

    a. the statements made by the Texas Department of Vital Statistics and/ or the Texas Department of Health and Human Services are false and/ or misleading; or

    b. the statements made by the OIG of the United States Department of Health and Human Services are false and/or misleading;

    c. if a violation of 18 USC 1001 has occurred.

5. A declaration determining a birth certificate is a public record showing an organization was organized, showing *it* exists and if appropriate, an order to merge titles and collapse the trust(s);

6

6. A restraining order issued against all police officers, until matters are settled

7. Any and all other available relief.

*James Glynn*

James Glynn
254 405-5133
4300 W. Waco Drive
Suite B2 #173
Waco Texas 76710



4300 W. Waco Dr
Suite B2 #173
Waco Texas 76710

7019 0140 0000 2282 0406

Federal Courthouse
US District Clerk
800 Franklin Ave
Waco TX 76701